IN THE COMMONWEALTH COURT OF PENNSYLVANIA

F.A. Properties Corporation,           :
                          Appellant    :
                                       :
              v.                       :     No. 122 C.D. 2016
                                       :
City of Philadelphia,                  :
Philadelphia Housing Authority         :
and Philadelphia Redevelopment         :
Authority                              :

# **O R D E R**

NOW, May 2, 2017, having considered appellant's application for reconsideration/reargument *en banc*, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge